3/7/2020

Steve Champa @stevechampa's Instagram Post | Picburn





**Steve Champa @stevechampa**
4 months ago ·



https://www.picburn.net/p/2175647403717537411

1/8

3/7/2020

Steve Champa @stevechampa's Instagram Post | Picburn





**Steve Champa @stevechampa**
4 months ago ·



https://www.picburn.net/p/2175647403717537411

1/8

3/7/2020                                          Steve Champa @stevechampa's Instagram Post | Picburn

# PicBurn

I couldn't be more proud of everything our team accomplished in 2019 🏆 The Relentless Commitment shown by every single one of our staff is unmatched! • #OTAconference #AwardCeremony #dedication #teamwork #financialeducation

34    2    Download

## HOT POSTS

## TRENDING HASHTAGS

#ootd  #beauty  #vscocam  #nature  #artist  #motivation  #lol  #instadaily  #like4like  #holiday  #smile  #followforfollow  #amazing  #workout  #design  #beach  #kings_villages  #gym  #model  #swag

## LIKES (34)

- Iamcuebeats
- _project_millionaire_
- Tarazeigler
- Bullsandbearsradio
- Matiskoadam
- Bklounge3842
- Jasonmichaelrotman
- Onlinetradingacademyatlanta
- Jeralyn11
- Richard.Shaw.39982
- 4re308
- Rubenldante
- Zrossermcintosh
- Thastockjock