*RECEIVED IN CLERK'S OFFICE*
*U.S.D.C. - Atlanta*

**MAR 16 2020**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**JAMES F. CHAMPA**
Sudbury, MA 01776
Telephone: (617) 512-6608
Email: jfchampa@yahoo.com

March 10, 2020

Office of the Clerk
United States District Court
2211 United States Court House
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3361

Re: Jireh, Inc., et al v. James Champa, Defendant
**Civil Action No.18-03076-AT**

Dear Sir/Madame,

Enclosed please find an original and two copies:

1. **DEFENDANT'S OBJECTION TO PLAINTIFF'S 2.18.20 MOTION TO DISMISS AND DEFENDANT'S MOTIONS FOR ATTACHMENT AND GARNISHMENT (Request for Hearing)** with Certificate of Service

Kindly, deliver the same to Judge Totenberg's attention.

Thank you for your attention in this regard.

Sincerely,

*James F. Champa*
James F. Champa

cc: T.J. Mihill, Esq.