J. CHAMPA
24 Stubtoe Ln.
Sudbury, MA 01776

CERTIFIED MAIL

7019 2280 0000 9752 4316

U.S. POSTAGE PAID
FCM LG ENV
MAYNARD, MA
01754
MAR 11, 20
AMOUNT
$9.80
R2305H129540-21

Office of the Clerk
United States District Court
75 Ted Turner Drive S.W.
Atlanta, GA 30303-3361

CLEARED
MAR 16 2020
U.S. Marshals
Atlanta, GA